FILED

June 21, 2021

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR MANUEL VELAZQUEZ,

Defendant.

Case No. 2:21-cr-00109-JAM-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  VICTOR MANUEL VELAZQUEZ , Case No.  2:21-cr-00109-JAM-3  Charge 21 USC §§ 846; 841(a)(1), from custody for the following reasons: for the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $ 

X    Unsecured Appearance Bond $   16,000, co-signed

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

X    (Other): **The Defendant shall be RELEASED at 09:00 AM, on 6/22/2021, to the custody of Magdalena Cervantes and must immediately report to the front of the Robert T. Matsui U.S. Courthouse for the installation of location monitoring equipment by the Pretrial Officer.**

Issued at Sacramento, California on June 21, 2021 at 3:00 PM.

By: /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney