KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for VICTOR VELAZQUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:21-CR-00109J-109AM-3 |
| Plaintiff, | ) |
| | ) AMENDED STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) [PROPOSED] FINDINGS AND |
| | ) ORDER |
| VICTOR VELAZQUEZ, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that pretrial release condition 14 be modified to the following:

1. 14. *CURFEW: You must remain inside your residence every day from 5:00 p.m. to 8:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations; and,*

This change is being requested as Mr. Velazquez has been on electronic monitor since his release in June of 2021.  He has been fully compliant with no violations. This modification allows Mr. Velazquez to leave the house during the hours of 8:00 a.m. to

-1-

5:00 p.m.

IT IS SO STIPULATED.

Dated: May 19, 2022          Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Victor Velazquez

Dated: May 19, 2022          /s/ Aaron Pennekamp
AARON PENNEKAMP
Assistant U.S. Attorney

Dated: May 19, 2022          /s/ Margarita Zepeda
MARGARITA ZEPEDA
U.S. Pretrial Release Officer

# O R D E R

    IT IS SO FOUND AND ORDERED

Dated: May 20, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE