KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for VICTOR VELAZQUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>　　　　　　　Plaintiff, )<br>)<br>)<br>　　v. )<br>)<br>)<br>VICTOR VELAZQUEZ, )<br>)<br>　　　　　　Defendants. )<br>_____) | No. 2:21-CR-00109JAM-3<br><br>**STIPULATION REGARDING**<br>**PRETRIAL RELEASE**<br>**SUPERVISION;**<br>**FINDINGS AND**<br>**ORDER**<br><br><br><br>Judge: Hon. Deborah Barnes |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that pretrial release condition 13 be modified to the following:

1. ***CURFEW: You must remain inside your residence every day from 10:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations; and,***

This change is being requested as Mr. Velazquez has been on electronic monitor since his release in June of 2021.  He has been fully compliant with no violations. His conditions were modified in May of 2022, to allow a curfew from 5:00 P.M. to 8:00 A.M.

-1-

1 | This modification allows the curfew to be extended to 10:00 P.M. to 6:00 A.M.

3 |      IT IS SO STIPULATED.

5 | Dated:  September 28, 2022     Respectfully submitted,

7 |      /s/ Kelly Babineau
     KELLY BABINEAU
8 |      Attorney for Victor Velazquez

10 | Dated: September 28, 2022     /s/ Aaron Pennekamp
     AARON PENNEKAMP
11 |      Assistant U.S. Attorney

13 | Dated: September 28, 2022     /s/ Margarita Zepeda
     MARGARITA ZEPEDA
14 |      U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: September 28, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE