TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
VICTOR MANUEL VELAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-0109-DAD |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| VICTOR MANUEL VELAZQUEZ, | ) |
| Defendant. | ) Judge:   Hon. Kendall J. Newman |

    Defendant, Victor Manuel Velazquez, asks the Court to adopt this stipulation and order modifying the special conditions of release, last modified on September 29, 2022 (doc. 151), by deleting special condition 12 (requiring location monitoring) and special condition 13 (requiring a curfew).  All other conditions of pretrial release are to remain in effect.

    This modification was proposed by Pretrial Services in an email to defense counsel on March 22 asking counsel to draft an "order to have Victor Velazquez's conditions of release modified to remove conditions 12 and 13" in light of Mr. Velazquez's record of performance while under pretrial services supervision.  Pretrial Services emailed counsel for the government that day noting that Mr. Velazquez's conditions had previously been amended from home detention to curfew, that "he has remained in compliance with his conditions of release," has

-1-

kept in regular contact, resides in the same place, and has been participating in counseling as ordered. "Given his continued compliance . . . we are recommending the removal of the location monitoring conditions at this time."

Mr. Velazquez respectfully requests proposed the modification. Counsel for the government has advised Pretrial Services and defense counsel that it has no objection to the request.

Respectfully Submitted,

Dated:  March 30, 2023            /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Attorney for VICTOR MANUEL VELAZQUEZ


                                  PHILLIP A. TALBERT
                                  United States Attorney

Dated:  March 30, 2023            /s/ T. Zindel for A. Pennekamp
                                  AARON D. PENNEKAMP
                                  ANGELA L. SCOTT
                                  Assistant U.S. Attorney

**O R D E R**

The Court modifies the special conditions of pretrial release ordered September 29, 2022 (doc. 151) by deleting special conditions 12 and 13.

IT IS SO ORDERED.

Dated: April 3, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE