TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
VICTOR VELAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　　vs.<br><br>ANTONIO MENDOZA RAMOS, et al.,<br><br>　　Defendants. | Case No. 2:21-CR-00109-DAD-3<br><br>**WAIVER OF APPEARANCE<br>FOR VICTOR VELAZQUEZ** |

　　　I, Victor Velazquez, hereby waive the right to be present in person in open court upon the hearing of any status conference, motion, or other proceeding in this case, including the setting of trial dates, except that he agrees to be personally present for any plea, sentencing, or jury trial, and he agrees to be personally present when so ordered by the Court.  I hereby request that the Court proceed during every absence the Court may permit pursuant to this waiver.  I agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and I further agree to be present in court ready for hearing any day and hour the court may fix in my absence.

　　　I have been informed of my rights under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays under the Act without me being present.

-1-

I submit this waiver with the further understanding that the government has agreed to dismiss the indictment against me at the status conference scheduled for June 9, 2025, which will conclude the proceedings.

Respectfully Submitted,

Dated:  May 14, 2025

*/s/ V. Velazquez*
VICTOR VELAZQUEZ
Defendant

I have explained the foregoing waiver to Mr. Velazquez and concur in his decision to waive his appearance.

Dated:  May 14, 2025

*/s/ T. Zindel*
TIMOTHY ZINDEL
Attorney for Victor Velazquez

## ORDER

The Court approves the above waiver of personal appearance.

IT IS SO ORDERED.

Dated:  **May 15, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-2-